**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: APPEAL OF DONALD J. SESSO | : | No. 110 MAL 2024 |
| FROM THE DECISION DATED | : | |
| SEPTEMBER 14, 2018 OF THE LOWER | : | |
| GWYNEDD TOWNSHIP ZONING | : | Petition for Allowance of Appeal from |
| HEARING BOARD | : | the Order of the Commonwealth |
| | : | Court |
| | : | |
| PETITION OF: DONALD J. SESSO | : | |

**ORDER**

**PER CURIAM**

　　**AND NOW**, this 6th day of August, 2024, the Petition for Allowance of Appeal is

**DENIED**.